ST. FRANCIS MEDICAL CENTER,
Respondent,

v.

Michael J. BALLOU, Appellant.

No. ED 81996.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 16, 2003.

James M. McClellan, Sikeston, MO, for Appellant.

Daniel P. Finch, Cape Girardeau, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J. and MARY R. RUSSELL, J.

ORDER

PER CURIAM.

Appellant, Michael J. Ballou ("Ballou"), appeals the judgment of the Circuit Court of Cape Girardeau County ruling in favor of St. Francis Medical Center in its suit on account and finding Ballou liable for $3,938.53 in medical costs, plus $569.67 in interest, and $590.78 in attorneys fees. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).